FILED
March 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002513786

BANKRUPTCY LAW GROUP, P.C.
Chad M. Johnson. SBN: 232417
Joseph Feist, SBN: 249447
Mark Shmorgon, SBN: 255939
25 Cadillac Dr., Suite 290
Sacramento, CA 95825
Tel: (916) 979-6100
Fax: (916) 979-6120

Attorneys for Debtor
KAREN STOKES

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

In re:

KAREN STOKES

      Debtor.

) Case No.: 10-26511
)
) Chapter 7
)
) DCN: BLG - 001
)
)
) **MOTION FOR ORDER COMPELLING**
) **TRUSTEE TO ABANDON DEBTOR'S**
) **ASSETS [11 USCS §§ 554(b), 721 ]**
)
) Date: April 26, 2010
) Time: 9:00 a.m.
) Courtroom: 28, 7th Floor
) Honorable Judge Michael McManus
)

**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S ASSETS OF THE ESTATE**

Debtor KAREN STOKES, by and through her attorney of record Joseph Feist, will and hereby does bring a Motion to Compel Trustee to Abandon The Estate's Interest in Debtor's Assets ("Motion") pursuant to 11 U.S.C.S. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtor requests that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtor's business and certain real property on the following grounds:

1. Debtor's business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

3. Debtor's personal residence is over-encumbered by a First and Second Deed of Trust and therefore is of inconsequential benefit to the estate. Further, the estate may incur additional expenses incidental to the liquidation of said property.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

BANKRUPTCY LAW GROUP, P.C.

Dated: 3/26/10

By: /s/ Joseph Feist
Joseph Feist
Attorney for Debtor